**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Michael Johnson, | |
| Plaintiff, | Civil Action No.: 1:16-cv-00002-CC-LTW |
| v. | |
| Optimum Outcomes, Inc.; and DOES 1-10, inclusive, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 17, 2016

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff
LEMBERG LAW L.L.C.
43 Danbury Road, Third Floor

Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg