**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Michael Johnson,<br><br>Plaintiff,<br>v.<br><br>Optimum Outcomes, Inc.,<br><br>Defendant. | Civil Action No.:<br>1:16-cv-00002-CC-LTW |

**PLAINTIFF MICHAEL JOHNSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Michael Johnson, through counsel, hereby withdraws the complaint and voluntarily dismisses this action without prejudice.

Dated: August 1, 2016

Respectfully submitted,

/s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Michael Johnson
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250 ext. 5500

Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiff

LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424